

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00574-CV

**FAYETTE COUNTY**,
Appellant

v.

**RYDER INTEGRATED LOGISTICS, INC.** and Ryder Integrated Logistics of Texas, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-03779
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's order denying Fayette County's motion for summary judgment. Fayette County filed its notice of appeal with the Bexar County District Clerk on September 12, 2016. The notice states the appeal is from an interlocutory order and is accelerated. The clerk's record was due ten days later on September 22, 2016. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed.

This court notified the Bexar County District Clerk, Donna Kay McKinney, by letter that she is the trial court clerk responsible for timely filing the clerk's record, and the record had not been filed. The Clerk has filed a notification of late record requesting a thirty-day extension of time to file the record, stating she was unaware this is an accelerated appeal.

We grant the motion in part and order the clerk's record filed by October 10, 2016. *See* Tex. R. App. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court